


**INVOICE**

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Todd Marschand<br>Beck's Hybrids<br>11329 East Street Road 32<br>Zionsville, IN 46077 | Beck's Hybrids<br>11329 East Street Road 32<br>Zionsville, IN 46077 | INVOICE NO.<br>TERMS<br>DATE<br>DUE DATE | 15/0204<br>Due on Receipt<br>2/5/2015<br>2/5/2015 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Sales<br>110' x 28' Hydroswing Door Deposit | 1 | $190,500.00 | $190,500.00 |

|  |  |
|---|---|
| SUBTOTAL | $190,500.00 |
| PAYMENTS RECEIVED | $ 0.00 |
| BALANCE DUE | $190,500.00 |

**PAID**

Please make payment to:

Bank:

Account Name:
Account Number:
Routing Number:
BIC/SWIFT Code:

Or, please pay by check to:
Hydroswing North America, Inc., 2100 Palomar Airport Road, Suite 210, Carlsbad, CA 92011

2100 Palomar Airport Rd, Suite 210 Carlsbad, CA 92011    P: +1 858 461 4519    Hydroswing® is a registered trademark.    W: www.hydroswing.com