UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BECK'S SUPERIOR HYBRIDS, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HYRDROSWING NORTH AMERICA, )<br>INC., and MARSHAL PARKER, )<br>)<br>Defendants | Civil Action No.: 1:16-cv-1699 |

**MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

Defendants, Hydroswing North America, Inc.(Hydroswing") and Marshal Parker ("Parker"), by counsel, for their Motion to Set Aside Clerk's Entry of Default, state as follows:

1. A Clerk's Entry for Default against Hydroswing and Parker was entered in this matter on August 22, 2016. Plaintiff Beck's Superior Hybrid's, Inc. ("Beck's") Filed its Motion for Default Judgment as to Hydroswing on August 31, 2016. No order has been entered with respect to said Motion.

2. Good cause exists to set aside the Clerk's Entry of Default. Defendants Hydroswing and Parker were involved in extensive negotiations on other matters during the time period that an answer or other responsive pleading in this action was due and as a result were unable to obtain Indiana counsel to represent them in this action.

3. Hydroswing and Parker have meritorious defenses that intend to assert in this matter as well counterclaims that they intend to assert in this action which were included in action that Hydroswing filed against Beck's in the Superior Court of California, County of San Diego in Case No. 37-2016-00020839-CU-BC-NC ("the California Action") .

4. Hydroswing has filed a Request to Dismiss the California Action pursuant to an agreement between Hydroswing's California counsel and Beck's counsel herein whereby Beck's agreed that if the California Action was dismissed and Hydroswing and Marshal moved to set aside the Clerk's Entry of Default in this action on or before September 23, 2016 Beck's would not oppose such Motion.  A copy of the Request to Dismiss the California Action is attached hereto and made a part hereof as Exhibit "A".

5. The dismissal of the California Action and the setting aside of the Clerk's Entry of Default in this action will promote judicial economy and allow all disputes between the parties to be resolved in a single proceeding.

6. Based on Beck's agreement not to oppose the Motion to Set Aside Entry of Default in this matter, Beck's Motion for Default Judgment against Hydroswing should be denied as moot.

WHEREFORE, Defendants, Hydroswing North America, Inc. and Marshal Parker, by counsel, respectfully request that the Court enter an Order Setting Aside Clerk's Entry of Default in this action and denying Beck's Motion for Default Judgment against Hydroswing and for all other appropriate relief.

/s/ Bret S. Clement
Bret S. Clement  (#3708-49)
Ayres Carr & Sullivan, P.C.
251 East Ohio Street, Suite 500
Indianapolis, IN  46204-2184
Phone:  317/636-3471
Facsimile:  317/636-6575
E-mail:  bclement@acs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2016, a copy of the foregoing Motion to Set Aside was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Todd J. Janzen, #23615-49
Brianna J. Schroeder, #28772-64
Janzen Agricultural Law LLC
8425 Keystone Crossing, Suite 261
Indianapolis, IN 46240

/s/ Bret S. Clement
Bret S. Clement